522 P.2d 1091

**Shirley STEVENS, Charles Christakis, as guardian ad litem of Kenneth Allen Stevens and Kenneth Allen Stevens, Appellants,**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellee.**

**No. 11530–PR.**

Supreme Court of Arizona.

June 12, 1974.

It is ordered: vacating the order heretofore entered granting the Petition for Review.

Further ordered: denying said Petition for Review.